IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:07cr3152 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN F. KROTZ, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court upon Defendant's Motion for Permission to Restrict (filing no. 24) in the above captioned matter. The Court finds the said relief should be granted and accordingly,

IT IS HEREBY ORDERED that the documents filed by Defendant as provisionally restricted, filing nos. 25-1 through 25-3, pursuant to E-Government Act of 2002 shall remain restricted and shall not be publicly accessible absent further order of this Court.

SIGNED this 3rd day of January, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

1

2