```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,         )
                                  )
              Plaintiff,          )         4:07CR3152
                                  )
       v.                         )
                                  )
GEOFFREY A. LEACH, JOHN F.        )         MEMORANDUM AND ORDER
KROTZ,                            )
                                  )
              Defendants.         )
                                  )
```

Defendant Krotz has filed a motion to suppress "the physical evidence, statements, investigations and interrogations obtained by the Government arising out of the search of the residence at 6008 Dogwood, Lincoln, Nebraska on October 10, 2007 and the subsequent search of the residence at 2001 Washington, Lincoln, Nebraska on or about October 18, 2007," (filing 21), claiming that the search warrant issued did not relate to him.

Defendant Krotz was ordered to file the warrant affidavit, warrant, and warrant return at issue. Filing 23. The warrant application, warrant, and warrant return for the search of the residence at 6008 Dogwood, Lincoln Nebraska was filed on January 3, 2008. Filing 25. The record contains no such documents for the alleged later search of the residence at 2001 Washington, Lincoln, Nebraska. Although not clearly stated and argued, defendant Krotz may be arguing that the search of the 2001 Washington address must be suppressed as the fruit of the prior allegedly illegal search of the 6008 Dogwood address.

The current state of the record makes it difficult to determine precisely what issues have been raised by the defendant. The government has not yet filed its response.

IT THEREFORE HEREBY IS ORDERED:

1. On or before January 11, 2008, defendant Krotz shall file a supplemental brief which clarifies the legal issues he is raising in his filing 21 motion to suppress.

2. On or before January 16, 2008, the government shall file its response to defendant Krotz' motion to suppress.

DATED this 9th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

2