IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3152 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN F. KROTZ, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to continue (filing 68) is granted. The defendant shall have until close of business on May 30, 2008, to comply with paragraph 6 of the Order on Sentencing Schedule.

    May 30, 2008.                BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge